## MURRAY et al. v. McGUIRE, and vice versa.

PER CURIAM. 1. Under the facts of this case, the court did not err in granting a second new trial

BECK and HILL, JJ. We dissent from the ruling made in the first headnote. *Gregory* v. *Granite R. Co.*, 132 *Ga.* 587 (4), (64 S. E. 686); *Dethrage* v. *Rome*, 125 *Ga.* 802 (54 S. E. 654); *Veal* v. *Robinson*, 76 *Ga.* 838. See also: *Cleveland* v. *Central R. Co.*, 73 *Ga.* 793; *Cook* v. *W. & A. R. Co.*, 72 *Ga.* 48; *Central R. Co.* v. *Opie*, 58 *Ga.* 346; *Turner* v. *Rome St. R. Co.*, 81 *Ga.* 336 (6 S. E. 690); *Veal* v. *Veal*, 45 *Ga.* 511, 512; *Seaboard Air-Line Ry.* v. *Randolph*, 136 *Ga.* 505, 507 (71 S. E. 887).

2. Upon considering the assignments of error in the cross-bill of exceptions, the court is of the opinion that none of them show error requiring the grant of a new trial.

*Judgment affirmed on both bills of exceptions. All the Justices concur, except Beck and Hill, JJ., dissenting.*

MARCH 14, 1912.

Probate of will. Before Judge Conyers. Glynn superior court. July 15, 1911.

*F. H. Harris* and *D. W. Krauss*, for Murray et al.

*Courtland Symmes* and *Joseph W. Bennet*, contra.